Walter GARRETT; Dorothy J. Garrett; Ruby McDonald; Nausicca Brown, a Minor Child, Appellants,

v.

L. CLARKE, Sgt.; D. Epps, Sgt. # 144; F. West, Maj. # 63, Appellees.

No. 00–2262.

United States Court of Appeals, Eighth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Plaintiffs Walter Garrett, Dorothy Garrett, Ruby McDonald, and Nausicca Brown appeal the district court's[1] adverse grant of summary judgment as to some claims, and dismissal of other claims, in their 42 U.S.C. § 1983 action.

After reviewing the record and the parties' submissions on appeal, we conclude that the district court's order of dismissal and grant of summary judgment were correct; the district court did not grant summary judgment prematurely; and plaintiffs' other arguments are unavailing.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The HONORABLE DONALD J. STOHR, United States District Judge for the Eastern District of Missouri.